FILED
U.S. DISTRICT COURT
2018 OCT 15 A 11: 40
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DERIC BRANDON JOHNSON, | **ORDER** |
| Plaintiff, | |
| v. | |
| UTAH HIGHWAY PATROL et al., | Case No. 2:18-CV-730 BSJ |
| Defendants. | District Judge Bruce S. Jenkins |

Plaintiff/inmate, Deric Brandon Johnson, appearing *pro se*, submits a civil case. Plaintiff applies to proceed without prepaying the filing fee. However, Plaintiff has not as required by statute submitted "a *certified copy* of the trust fund account statement (or institutional equivalent) for the prisoner *for the 6-month period immediately preceding the filing of the complaint* . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C.S. § 1915(a)(2) (2018) (emphasis added.)

IT IS HEREBY ORDERED that Plaintiff's application to proceed without prepaying the filing fee is GRANTED.

So that the Court may calculate Plaintiff's initial partial filing fee, IT IS ALSO ORDERED that Plaintiff shall have thirty days from the date of this Order to file with the Court a *certified* copy of Plaintiff's inmate trust fund account statement(s). If Plaintiff was held at more than one institution during the past six months, Plaintiff shall file *certified* trust fund account statements (or institutional equivalent) from the appropriate official at each institution where

Plaintiff was confined. The *certified* trust fund account statement(s) must show deposits and average balances for each month. If Plaintiff does not fully comply, this complaint will be dismissed.

DATED this 12TH day of October, 2018.

BY THE COURT:

_____
CHIEF MAGISTRATE JUDGE PAUL WARNER
United States District Court