IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DERIC BRANDON JOHNSON, Plaintiff, v. UTAH HIGHWAY PATROL et al., Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 2:18-CV-730-RJS Chief Judge Robert J. Shelby |

Plaintiff filed a prisoner civil rights complaint, 42 U.S.C.S. § 1983 (2018), and was granted *in forma pauperis* status, *see* 28 *id.* § 1915. However, Plaintiff has not obeyed the Court's October 12, 2018, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined." *See id.* § 1915(a)(2).

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This case is CLOSED.

DATED this 12th day of December, 2018.

BY THE COURT:

_____
CHIEF JUDGE ROBERT J. SHELBY
United States District Court